OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 7871

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

UNITED STATES POSTAGE
PITNEY BOWES

02 1R
0006557458
MAR 13 2015
ZIP

$ 00.26⁵

**3/9/2015**
**GATSON, TIMOTHY MICHAEL** Tr. Ct. No. W01-41296-V (A) **WR-82,985-01**
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk



TIMOTHY MICHAEL GATSON
T - TDC # 1084238

TX 77342

UTF